PD-1023-15 THRU PD-1029-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/10/2015 10:19:44 AM
Accepted 8/11/2015 2:52:55 PM
ABEL ACOSTA
CLERK

No. _____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS, AT AUSTIN

FILED IN
COURT OF CRIMINAL APPEALS

August 11, 2015

ABEL ACOSTA, CLERK

**Rene Zamora**

Appellant

v.

**The State of Texas**

Appellee

On Appeal from Travis County in Case Nos. D-1-DC-13-904008, D-1-DC-13-904011, D-1-DC-13-904012, and D-1-DC-13-904014 through and including D-1-DC-13-904017; From the 299th District Court, the Hon. David Crane, Judge Presiding; and the Opinion of the Thirteenth Court of Appeals in Case Nos. 13-13-00405-CR and 13-13-00675-CR through and including 13-13-00680-CR; Delivered July 2, 2015.

---

**Motion for Extension of Time to Retain Counsel or File *Pro Se* Petition of Discretionary Review**

---

TO THE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COME NOW, David A. Schulman, the undersigned attorney of record for Appellant, Rene Zamora, and respectfully files this "Motion for Extension of Time to Retain Counsel or File *Pro Se* Petition of Discretionary Review," asking that the Court grant a sixty (60) day extension of time in which the Appellant may either retain the undersigned or other counsel or may file a *pro se*

1

petition for discretionary review, and would show the Court as follows:

## Procedural History

Appellant was charged by indictment with multiple counts of improper photography or visual recording, a state jail felony. He was convicted in each of the above listed cases and was sentenced to ❶ two (2) years in state jail in Court of Appeals' case number 13-13-00405-CR, ❷ two years' imprisonment for appellate cause numbers 13-13-00678-CR, 13-13-00677-CR, 13-13-00675-CR, and 13-13-00676-CR, to run concurrently with appellate cause number 13-13-00405-CR; ❸ two years' imprisonment for appellate cause number 13-13-00680-CR, to run cumulatively with the 13-13-00405-CR sentence; and ❹ two years' imprisonment, suspended and probated for three years, for appellate cause number 13-13-00679-CR, which will commence following the 13-13-00680-CR sentence. Notices of Appeal were timely given in each case and appeals were prosecuted.

The Court of Appeals' opinion from which review is sought was delivered by the Thirteenth Court of Appeals for Texas at Corpus Christi, and was delivered on July 2, 2015. Motions for

rehearing were timely filed, but were overruled on July 24, 2015. Petition for discretionary review is timely if eFiled with the Clerk of the Court on or before Monday, August 24, 2015, the 30th day after motion for rehearing was denied falling on Sunday, August 23, 2015.

## Reason Extension Should Be Granted

The undersigned counsel will not be representing Appellant after the filing of this motion. He has provided Appellant, as required by opinions of this Court, a copy of the opinion of the Court below, and discussed the procedures involved in seeking discretionary review with Appellant.

The undersigned believes that Appellant may wish to hire a different attorney to file a petition for discretionary review (PDR), or file a *pro se* PDR. In either case, either Appellant or replacement counsel will have to obtain and review the record in order to prepare and file a PDR. The undersigned believes that there is insufficient time between now and August 24, 2015, to accomplish those goals. Consequently, the undersigned respectfully requests that the Court grant Appellant the additional time.

## Prayer

WHEREFORE, PREMISES CONSIDERED, Movant respectfully prays that this Honorable Court will grant Appellant an additional sixty (60) day extension of time, until October 23, 2015, or such time as set by the Court, in which to retain an attorney to file a PDR or file a *pro se* PDR. The undersigned will promptly notify Appellant of the Court's decision.

Respectfully submitted,

**David A. Schulman**
Attorney at Law
1801 East 51st Street, Suite 365474
Austin, Texas 78723
Tel. 512-474-4747
Fax: 512-532-6282
eMail: zdrdavida@davidschulman.com

State Bar Card No. 17833400

Attorney for Rene Zamora

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 618 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on August 10, 2015, a true and correct copy of the above and foregoing "Motion for Extension of Time to Retain Counsel or File Pro Se Petition of Discretionary Review" was transmitted via the eService function on the State's eFiling portal, or directly via eMail, to Matthew Foye (matthew.foye@traviscountytx.gov), counsel of record for the State of Texas; and to the Hon. Lisa McMinn (Lisa.McMinn@SPA.texas.gov), State's Prosecuting Attorney.

_____

**David A. Schulman**